ACCEPTED
01-15-00757-CV
FIRST COURT OF APPEALS
HOUSTON, TEXAS
9/4/2015 3:01:30 PM
CHRISTOPHER PRINE
CLERK

# THOMPSON COE

Thompson, Coe, Cousins & Irons, L.L.P.
Attorneys and Counselors

Andrew L. Johnson
Direct Dial: (713) 403-8205
ajohnson@thompsoncoe.com

 **BOARD CERTIFIED**
Texas Board of Legal Specialization
CIVIL APPELLATE LAW

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS
9/4/2015 3:01:30 PM
CHRISTOPHER A. PRINE
Clerk

Austin
Dallas
Houston
Los Angeles
Saint Paul

September 4, 2015

**_Via Efile_**

Clerk of Court
Court of Appeals
First District of Texas
301 Fannin Street
Houston, Texas 77002-2066

>        Re:    Court of Appeals Number: 01-15-00757-CV; Agri-Fine Corporation v. GLNX Corporation; in the Court of Appeals – First District of Texas

To whom it may concern:

Please be advised that this letter is being filed to electronically pay the **_$205.00 filing fee_** to prosecute the above referenced appeal.

If you have any questions, please email or call.

Sincerely,

/s/ *Karen Lovely*

Karen Lovely
Assistant to Andrew L. Johnson

/kl

2273794v1
10939.002

FILE COPY



SHERRY RADACK
CHIEF JUSTICE

TERRY JENNINGS
EVELYN KEYES
LAURA CARTER HIGLEY
JANE BLAND
MICHAEL MASSENGALE
HARVEY BROWN
REBECA HUDDLE
RUSSELL LLOYD
JUSTICES

CHRISTOPHER A. PRINE
CLERK OF THE COURT

JANET WILLIAMS
CHIEF STAFF ATTORNEY

PHONE: 713-274-2700
FAX:    713-755-8131

www.txcourts.gov/1stcoa.aspx

# Court of Appeals
# First District of Texas
### 301 Fannin Street
### Houston, Texas 77002-2066

September 3, 2015

Andrew McCluggage
Thompson, Coe, Cousins & Irons, L.L.P.
1 Riverway Ste 1400
Houston, TX 77056-1934
* DELIVERED VIA E-MAIL *

Kevin  F. Risley
Thompson, Coe, Cousins & Irons, L.L.P.
One Riverway, Ste 1a00
Houston, TX 77056
* DELIVERED VIA E-MAIL *

William Richards Moye
Thompson, Coe, Cousins & Irons, L.L.P.
One Riverway Ste 1600
Houston, TX 77056
* DELIVERED VIA E-MAIL *

Andrew Johnson
Thompson, Coe, Cousins & Irons, LLP
One Riverway, Suite 1400
Houston, TX 77056
* DELIVERED VIA E-MAIL *

RE:    **Court of Appeals Number:**  01-15-00757-CV  **Trial Court Case Number:**  2014-01353

**Style:**  Agri-Fine Corporation
            v.
            GLNX Corporation

As of the date of this **NOTICE**, appellant(s) has not paid the required $205 filing fee to prosecute this appeal. *See* TEX. R. APP. P. 5 (requiring payment of fees at time of filing, unless excused); *see also* TEX. GOV'T CODE ANN. § 51.207 (Vernon Supp. 2011), § 51.941(a) (Vernon 2005), § 101.041 (Vernon Supp. 2011) (listing fees in court of appeals); Order Regarding Fees Charged in Civil Cases in the Supreme Court and the Courts of Appeals and Before the Judicial Panel on Multidistrict Litigation, Misc. Docket No. 07-9138 (Tex. Aug. 28, 2007), *reprinted in* TEX. R. APP. P. app. A § B(1) (listing fees in court of appeals).

This is **NOTICE** to the appellant that this appeal is subject to dismissal, if the filing fee has not been paid **within 20 days** of this NOTICE. *See* TEX. R. APP. P. 5 (allowing enforcement of rule); 42.3 (allowing involuntary dismissal).Sincerely,

Christopher A. Prine, Clerk of the Court